IN THE UNITED STATES DISTRCT COURT
FOR THE SOUTHERN DISTRIC OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEITRICH WHITE, § § § **Plaintiff,** § § v. § § CAROLYN W. COLVIN, ACTING § COMMISSIONER OF THE SOCIAL § SECURITY ADMINISTRATION, § § **Defendant.** § | CIVIL ACTION NO. H-12-01588 |

## Final Judgment

It is ORDERED and ADJUDGED for the reasons set forth in this Court's separate Memorandum and Order that Plaintiff's Motion for Summary Judgment (Document No. 10) is DENIED, Defendant's Motion for Summary Judgment (Document No. 9) is GRANTED, and the decision of the commissioner of Social Security is AFFIRMED.

This is a FINAL JUDGMENT.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas, this 12th day of August, 2013.

FRANCES H. STACY
UNITED STATES MAGISTRATE JUDGE